SCWC-14-0001139

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

ALFRED W.K. COMBES, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001139; CR. NO. 12-1-1895)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner/Defendant-Appellant Alfred W.K. Combes's application for writ of certiorari, it appears that Combes's application was due on January 26, 2017, which was 30 days after the Intermediate Court of Appeals' December 27, 2016 judgment. Hawaiʻi Revised Statutes (HRS) § 602-59(c) (Supp. 2014); Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 40.1(a)(1)(2016).

Combes's application was filed on January 27, 2017. The application is untimely and thus, this court lacks appellate jurisdiction. Therefore,

IT IS HEREBY ORDERED that the application for writ of certiorari is dismissed.

DATED:  Honolulu, Hawai'i, February 3, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson